# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARQUEZ,<br><br>        Petitioner,<br><br>  v.<br><br>M.D. BITER, WARDEN,<br><br>        Respondent. | NO. EDCV 13-00019-MWF (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 29, 2014.

                                            MICHAEL W. FITZGERALD
                                            UNITED STATES DISTRICT JUDGE